# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2255
_____

Ellen Elizabeth Packenham Stanley,

*Plaintiff - Appellant*,

Ellen Elizabeth Packenham Stanley, as Representative Payee for M.J.S.,

*Plaintiff*,

v.

Commissioner, Social Security Administration,

*Defendant - Appellee.*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: April 26, 2018
Filed: May 2, 2018
[Unpublished]
_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Ellen Elizabeth Packenham Stanley seeks to appeal the district court's[1] dismissal of her case without prejudice. We dismiss the appeal for lack of appellate jurisdiction, because Stanley's notice of appeal was not filed within sixty days of the entry of judgment on March 29, 2017. *See* Fed. R. App. P. 4(a)(1)(B)(iii); *FTC v. Minneapolis-Honeywell Regulator Co.*, 344 U.S. 206, 211-12 (1952); *see also Dieser v. Cont'l Cas. Co.*, 440 F.3d 920, 923 (8th Cir. 2006).

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting in part the report and recommendations of the Honorable Katherine M. Menendez, United States Magistrate Judge for the District of Minnesota.